Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

FILED
2024 MAR 14 P 12:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

DARIO L. NIX #232554
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

Case No. 7:24cv337-LSC-SGC
*(to be filled in by the Clerk's Office)*

JAMES HUTTON ( WARDEN )
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | DARIC L. NIX # 232554 |
| All other names by which you have been known: | |
| ID Number | #232554 |
| Current Institution | Elmore Correctional Facility |
| Address | 3520 Marion Spillway Road |
| | Elmore, Alabama 36025 |
| | City / State / Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | John Hutton ( Warden ) |
| Job or Title *(if known)* | (Warden ) |
| Shield Number | |
| Employer | ADOC |
| Address | 565 Bibb Lane |
| | Brent, AL 35034 |
| | City / State / Zip Code |

[X] Individual Capacity   [X] Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | C/O John Doe |
| Job or Title *(if known)* | Correctional Officer |
| Shield Number | |
| Employer | ADOC |
| Address | 565 Bibb Lane |
| | Brent, AL 35034 |
| | City / State / Zip Code |

[X] Individual Capacity   [X] Official Capacity

2

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Shield Number | _____ |
| Employer | _____ |
| Address | _____ |
| | _____ _____ _____ |
| | *City*        *State*       *Zip Code*    |

☐ Individual Capacity    ☐ Official Capacity

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title *(if known)* | _____ |
| Shield Number | _____ |
| Employer | _____ |
| Address | _____ |
| | _____ _____ _____ |
| | *City*        *State*       *Zip Code*    |

☐ Individual Capacity    ☐ Official Capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

FAILURE TO INTEVENE/FAILURE TO PROTECT
_____

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other _____
   *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
   SEE ATTACHED STATEMENT OF FACTS

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
   SEE STATEMENT OF FACTS

4

## STATEMENT OF THE FACTS

The facts arising to the claim asserted by the petitioner are as follows; on or about April 2, 2023, I was up late night talking to a inmate on his bed. Inmate ( Jaquavious Weathers ) had been drinking and began to argue with me. I got up and walked away heading to my assigned bed, because we had had words some weeks prior and I had wrote the defendant Warden John Hutton about moving me to another dorm or to the other side of the facility to avoid conflict from this inmate that had threatened to cut my throat with a freeworld knife. After I walked away , he attempted to grab me an play with me and I told him that I was not playing with him and that he needed to " Chill Out " because he was drunk. A officer had come in the dorm and I told the officer that he had previously threatened to cut my throat with a freeworld knife and that he was drunk and that he needed to come and see about moving one of the two of us. Nothing was done. I walked back towards my bed, and he was approaching me and I pushed him and told him to go on and lay down " You're Drunk" and leave me alone. As I sat on my bed , he came up from behing me and cut me across the face with a freeworld lock blade just as he said he would and this all happned around 2 a.m. After the incident I went to the door and and was escorted to the infirmary where the injuries from the freeworld lockblade was so severe that the Dr. determined that I needed to go to the freeworld hospital to which I was transported to the Brent Medical Center . for treatment where I recieved (25) stiches and was told that the force from the assault had fractured a bone in my face. Upon going back to the facility I spoke to Warden Hutton and all he could say was he was gonna move me

but that he had never got around to doing it after he recieved my request slip. I had previously told the Warden Hutton that the guy that assaulted me , he and I had " bad Blood " prior to me coming to prison and that he and I needed to be seperated for my safety but to no avail there was nothing done to thwart the attack or to attempt to thwart the attck and the attack ultimately ended up happening because of the unanswered request and face to face talks to defendant Hutton.

C. What date and approximate time did the events giving rise to your claim(s) occur?

SEE ATTACHED STATEMENT OF FACTS

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was failed to be protected by Warden John Hutton after I wrote him as soon as a problem arose between this guy and I.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

I was stabbed in the face with a 8 inch freeworld lockblade and recieved (25) stiches and had bone fracture to the face.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Im asking that the Court will Order that my medical records be produced, set the case for trial by jury, and if found in favor of me by a jury, be awarded $ 250,000.00 for the injuries suffered as a result of the Defendant refusal and negligence to protect me upon a timely request to do so.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____Bibb County Correctional Facility_____

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

_____

_____

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No ( However I did file a request to the defendant to be moved outta the dorm and or to the other side of the camp )

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

    I sent a request slip to the Warden John Hutton seeking protection.

2. What did you claim in your grievance?

    That I had been threatened to have my throat cut by a inmate that I had previously had a altercation with

3. What was the result, if any?

    The Warden and or whomeever recieved the requested stated " NOTED " and no other action was taken.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    There was no appeal process because the appeal was to the Warden himself and there was no one above him at the facility that I could goover his head too.

7

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   I could not file agreviance to the Warden against himself

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I spoke to the Warden numerous of times concerning the movement of me and or the guy that assaulted me but no action was taken.

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

9

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

✗ Printed Name of Plaintiff     Daric Nix
✗ Prison Identification #        232554
✗ Prison Address                 3520 Marion Spillway Rd
                                 Elmore                AL        36025
                                 City                  State     Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/4/24
               (Date)

✗  Daric Nix #232554
   Signature of Plaintiff

10

DARIC NIX #232554
ECC
3520 MARION SPILLWAY ROAD
ELMORE ALABAMA 36025

MONTGOMERY AL 360
12 MAR 2024 PM

US POSTAGE PITNEY BOWES

ZIP 36025
02 7H
0006102248   MAR 11 2024

$ 001.12⁰

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
HUGO L. BLACK BUILDING
1729 5th Ave North
BIRMINGHAM ALABAMA
          35203-2040

**Legal Mail
Elmore CF
Law Library**

35203-203799